UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL METAL WORKS, INC., a California Corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBIN J. FRANKLIN, and Individual; SLEIGHT CONSULTANTS, INC., a California Corporation; FERNANDO OROPEZA-MUNOZ, an Individual; and FERNANDO OROPEZA, JR., and Individual,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 21-cv-1535-DDL<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Dkt. No. 62] |

　　　　Before the Court is the parties' Joint Motion to Dismiss the Entire Case with Prejudice. Dkt. No. 62. Plaintiff Carroll Metal Works, Inc. ("Plaintiff") has reached a settlement with all Defendants and represents that each Defendant has made all required payments pursuant to their respective settlement agreements. All claims against Defendants Fernando Oropeza-Munoz and Fernando Oropeza, Jr. (collectively, the "Oropezas") were dismissed without prejudice on June 21, 2022. Dkt. No. 46. All claims against Defendant Robin J. Franklin ("Franklin") were dismissed with prejudice on

September 2, 2022.  Dkt. No. 53.  Plaintiff and Defendant Sleight Consultants, Inc. ("Sleight") jointly move to dismiss the entire action with prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A) grants a plaintiff the absolute right to voluntarily dismiss an action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, or (2) filing a stipulation of dismissal signed by all parties who have appeared.  See Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii); *see also Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077-78 (9th Cir. 1999).  Under Rule 41(a)(1)(A), dismissal is effective upon filing of the notice of dismissal and no court order is required.  *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  A dismissal is without prejudice unless the notice or stipulation states otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  Notwithstanding the foregoing rules, the local civil rules of this District require that litigants seeking voluntary dismissal by stipulation pursuant to Rule 41(a)(1)(A)(ii) file such stipulation as a joint motion.[1]

Good cause appearing, the Court **GRANTS** the Joint Motion.  The instant action is **DISMISSED WITH PREJUDICE**.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  February 24, 2023

_____
Honorable David D. Leshner
United States Magistrate Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California at 12.